UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**KIM GEORGIA AVE, LLC,** *et al.*                :
                                                  :
                                                  :
                                                  :
            **Plaintiffs,**                       :
                                                  :  Civil Action No. 1:23-cv-01101 (TJK)
                                                  :
**DP CAPITOL LLC,** *et al.*                      :
                                                  :
            **Defendant,**                        :
                                                  :
_____                   :

## JUDICIAL NOTICE

PLEASE TAKE NOTICE that an Involuntary Bankruptcy Petition (Chapter 7) has been filed against Defendant Charles P. Paret in the   United States Bankruptcy Court for the District of Columbia, *Charles Paxton Paret, Debtor*, Case No.  23-00217-ELG.

        Respectfully submitted,

        TEMPLE LAW OFFICES

        *Donald M. Temple*
        Donald M. Temple, Esq. #408749
        1310 L  Street., NW; Suite 750
        Washington, D.C. 20005
        (202) 628-1101
        dtemplelaw@gmail.com
        *Counsel for Charles P. Praxton*