UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUNG KWON KIM et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DP CAPITAL LLC et al.,<br><br>*Defendants*. | Civil Action No. 23-1101 (TJK) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held today, November 19, 2024, and the parties' Joint Report submitted pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3 (ECF No. 47), the Court hereby **ORDERS** that the following schedule shall govern further proceedings:

1. The parties shall serve their Fed. R. Civ. P. 26(a)(1) initial disclosures by December 10, 2024;

2. The parties shall exchange preliminary lists of fact witnesses and complete any inspection and copying under Fed. R. Civ. P. 34 of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment by January 3, 2025;

3. The parties shall file any motions to join additional parties or to amend the pleadings by January 20, 2025;

4. The parties shall file a joint status report reflecting each party's position on whether mediation of this case is appropriate on February 17, 2025;

5. Discovery shall be subject to the limits of the Federal Rules of Civil Procedure and Local Rules. Moreover, if any party receives any documents from third parties pursuant to a subpoena, the receiving party shall alert all other parties and shall make the documents available for inspection and copying within ten business days of receiving the documents;

6. Plaintiffs shall serve their Fed. R. Civ. P. 26(a)(2) expert disclosures by February 17, 2025;

7. Defendants shall serve their Fed. R. Civ. P. 26(a)(2) expert disclosures by March 18, 2025;

8. Discovery shall close on April 18, 2025 and;

9. A post-discovery status conference is scheduled for April 24, 2025 at 9:30 a.m. via teleconference, in advance of which the parties shall confer to discuss a joint proposed summary judgment briefing schedule and the possibility of mediating the case. The parties shall contact the Courtroom Deputy at (202) 354-3495 at least one business day prior to the hearing to make arrangements to participate.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: November 19, 2024