UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DR. EUNG KWON KIM, et al.,**

    PLAINTIFF

v.

**DP CAPITAL LLC,** *et al.***,**

    DEFENDANTS.

Case No. 1:23-CV-01101-TJK

## DEFENDANT DISTRICT TITLE'S RULE 26(a)(1)(A) INITIAL DISCLOSURES

Defendant District Title ("District Title"), by and through its undersigned counsel Justin M. Flint and ECCLESTON & WOLF, P.C., pursuant to Fed. R. Civ. P. 26(a)(1)(A), hereby submits the below and attached Initial Disclosures:

1. Pursuant to Rule 26(a)(1)(A)(i), District Title provides the following individuals likely to have discoverable information:

    a. Steve Sushner, c/o undersigned Counsel. Mr. Sushner has information regarding the transaction at-issue, and generally the allegations in the Amended Complaint.

    b. Jeffrey Darrah, c/o undersigned Counsel. Mr. Sushner has information regarding the transaction at-issue, and generally the allegations in the Amended Complaint.

    c. Darralyn D. Brown, c/o undersigned Counsel. Darralyn Brown is a Commercial Processing Manager at District Title. Darralyn Brown has information regarding the transaction at-issue.

    d. Karlen Blomquist, c/o undersigned Counsel. Karlen Blomquist is a Commercial Processing Manager at District Title. Ms. Blomquist has information regarding the transaction at-issue.

1

      e.      Charles Paret, c/o Defendant Paret's Counsel.  Mr. Paret has information regarding the transaction at-issue, and generally the allegations in the Amended Complaint.

      f.      Eung Kwon Kim, c/o Plaintiff's Counsel. Mr. Kim has information regarding the transaction at-issue, and generally the allegations in the Amended Complaint.

      g.      Corporate Representative of Kim Georgia Ave, LLC, c/o Plaintiff's Counsel. Corporate Representative of Kim Georgia Ave, LLC has information regarding the transaction at-issue, and generally the allegations in the Amended Complaint.

      h.      Corporate Representative of DP Capital LLC, c/o its counsel. Corporate Representative of DP Capital LLC has information regarding the transaction at-issue, and generally the allegations in the Amended Complaint.

      i.      Corporate Representative of WCP Fund I, LLC, c/o its counsel. Corporate Representative of WCP Fund I, LLC has information regarding the transaction at-issue, and generally the allegations in the Amended Complaint.

      j.      Corporate Representative of WCP 4910 Georgia Ave NW, LLC, c/o its counsel. Corporate Representative of WCP 4910 Georgia Ave NW, LLC has information regarding the transaction at-issue, and generally the allegations in the Amended Complaint.

      k.      Corporate Representative of Coloma River Holdings LLC, c/o its counsel. Corporate Representative of Coloma River Holdings LLC has information regarding the transaction at-issue, and generally the allegations in the Amended Complaint.

      l.      All witnesses identified in each party's Initial Disclosures.

2.      Pursuant to Rule 26(a)(1)(A)(ii), District Title produces documents Bates labeled as, District Title 000001 - District Title 002832, which can be found in the below Dropbox link:

https://www.dropbox.com/scl/fo/odet1acmfvkdqp3o5rv5o/AJHuo7Sv0_KLLB81CL8GZmc?rlkey=j2mgnavlay3dl8q9980tyaowx&st=laapa4x2&dl=

3. Pursuant to Rule 26(a)(1)(A)(iii), District Title does not claim damages in this case.

4. Pursuant to Rule 26(a)(1)(A)(iv), District Title submits that there is an insurance agreement applicable to this matter. District Title will supplement this statement with a copy for inspection.

Defendant District Title's investigation is ongoing and it reserves its right to supplement these Initial Disclosures as discovery proceeds and as new information comes to light.

> Respectfully submitted,
>
> ECCLESTON & WOLF, P.C.
>
> __/s/ *Justin M. Flint*_____
> Justin M. Flint (#491782)
> 1629 K Street, N.W., Suite 260
> Washington, D.C. 20006
> (202) 857-1696 (Tel)
> (202) 857-0762 (Fax)
> flint@ewdc.com
> *Counsel for Defendant District Title*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 10, 2024, a copy of the foregoing Initial Disclosures was served electronically to all counsel of record.

                                  /s/ *Justin M. Flint*
                                 Justin M. Flint (#491782)