IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. EUNG KWON KIM, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:23-cv-1101-TJK |
| ) | |
| v. ) | |
| ) | |
| DP CAPITAL LLC, *et al*. ) | |
| ) | |
| Defendants. ) | |

**SUGGESTION OF BANKRUPTCY AND IMPOSITION OF AUTOMATIC STAY**

Come now DP Capital LLC ("DPCL"), WCP Fund I LLC ("WCP") and WCP 4910 Georgia Ave NW LLC ("WCP 4910") (collectively, the "WCP Parties" and each individually a "WCP Party"), by and through undersigned counsel, and respectfully suggest the above-captioned case to be stayed by virtue of the pending matter of *In re Paret*, Case No. 23-217-ELG (Bankr. D.D.C. 2023) (the "Paret Bankruptcy") and the related matter of *Webster v. DP Capital LLC, et al.*, Case No. 23-10025 (Bankr. D.D.C. 2023) (the "Paret Adversary").

Specifically, core to the above-captioned case is the plaintiffs' allegations that, *inter alia*, there exists a common law partnership between Daniel Huertas ("Mr. Huertas") and Charles Paxton Paret ("Mr. Paret"), with the plaintiffs premising their theory of relief, against the WCP Parties, upon the existence of the putative partnership (the "Alleged Partnership").

In the Paret Adversary, Wendell Webster (the Chapter 7 trustee serving in the Paret Bankruptcy) is similarly alleging a common law partnership to exist between Messrs. Paret and Huertas, seeking both a declaratory judgment as to the existence of the Alleged Partnership and damages for a claimed breach of the duties attendant to the Alleged Partnership. The existence, *vel non*, of the Alleged Partnership is the heart of the Paret Adversary and the accompanying litigation

rights constitute an asset of Mr. Paret's bankruptcy estate, being administered by the Chapter 7 trustee.

Insofar as Mr. Paret is, individually, a co-defendant in this case, it is respectfully suggested his bankruptcy serves as a stay against "the commencement or continuation . . . of a judicial . . . action or proceeding against the debtor that was or could have been commenced before the commencement of the [Paret Bankruptcy], or to recover a claim against the debtor that arose before the commencement of the [Paret Bankruptcy]. . ." 11 U.S.C. § 362(a)(1).

Insofar as claims of a partnership between Mr. Paret and one or more of the WCP Parties are assets of Mr. Paret's bankruptcy estate, being actively administered by the Chapter 7 trustee, it is respectfully suggested his bankruptcy serves as a stay against "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . ." 11 U.S.C. § 362(a)(3).

And insofar as the sole theory of liability claimed against the WCP Parties—unjust enrichment—is premised not merely upon the existence of a partnership with Mr. Paret but, too, a finding that Mr. Paret committed wrongful acts, it is respectfully suggested his bankruptcy serves as a stay against "any act to . . . assess . . . a claim against the debtor that arose before the commencement of the [Paret Bankruptcy]. . ." 11 U.S.C. § 362(a)(6).

The foregoing considered, it is respectfully suggested the above-captioned case is stayed by virtue of the provisions of Section 362 of Title 11 of the United States Code.

*[Signature on Following Page]*

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 10, 2024 | By: /s/ Maurice B. VerStandig<br>Maurice B. VerStandig, Esq.<br>Bar No. MD18071<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br>Phone: (301) 444-4600<br>Facsimile: (301) 444-4600<br>mac@mbvesq.com<br>*Counsel for DP Capital LLC, WCP Fund I LLC, and WCP 4910 Georgia Ave NW LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2024, a copy of the foregoing was served via this Honorable Court's CM/ECF system, upon:

Federico Jose Zablah-Siman, Esq.
CHAP PETERSEN AND ASSOCIATES, PLC
3970 Chain Bridge Road
Fairfax, VA 22030
Email: fjz@petersenfirm.com
*Counsel for the Plaintiffs*

J. Chapman Petersen, Esq.
CHAP PETERSEN & ASSOCIATES, PLC
3970 Chain Bridge Road
Fairfax, VA 22030
Email: jcp@petersenfirm.com
*Counsel for the Plaintiffs*

/s/ Maurice B. VerStandig
Maurice B. VerStandig