IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. EUNG KWON KIM, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:23-cv-1101-TJK |
| ) | |
| v. ) | |
| ) | |
| DP CAPITAL LLC, *et al*. ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF JASON SHRENSKY

1. My name is Jason Shrensky, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am the trustee and a beneficiary of the Jason Shrensky Revocable Trust.

3. The Jason Shrensky Revocable Trust is a member of SF NU, LLC and has been since at least April 19, 2023.

4. I am a bona fide domiciliary and citizen of the State of Maryland, being the state in which I reside, the state from which I hold a driver's license, and the state that I call home.

5. I have been a bona fide domiciliary of the State of Maryland from at least April 19, 2023 through the present.

6. Further declarant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/12/2025

*Jason Shrensky*
Jason Shrensky

1