IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. EUNG KWON KIM, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:23-cv-1101-TJK |
| | ) | |
| v. | ) | |
| | ) | |
| DP CAPITAL LLC, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Come now Maurice B. VerStandig and The VerStandig Law Firm, LLC (collectively, "VLF"), pursuant to Local Rule 83.6(c), and respectfully move this Honorable Court for leave to withdraw as counsel for (i) DP Capital LLC, (ii) WCP Fund I LLC, and (iii) WCP 4910 Georgia Ave NW LLC (collectively, the "WCP Defendants").

The withdrawal sought herein is for reasons protected by the attorney/client privilege.

Insofar as a dispositive motion has been fully briefed, *see* ECF No. 66, ECF No. 68, ECF No. 69, and insofar as the WCP Defendants are legal entities that must be represented by counsel, *see Alexian Bros. Med. Ctr. v. Sebelius*, 63 F. Supp. 3d 105, 108 (D.D.C. 2014), VLF does not oppose this motion being held in abeyance pending adjudication of the dispositive motion.

Respectfully submitted,

Dated: June 14, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein. A copy is also being sent via US Mail, postage prepaid, on June 15, 2026, to the following parties:

WCP Fund I LLC
8401 Greensboro Drive,
Suite 960
McLean, VA 22102

DP Capital LLC
8401 Greensboro Drive,
Suite 960
McLean, VA 22102

WCP 4910 Georgia Ave NW LLC
8401 Greensboro Drive,
Suite 960
McLean, VA 22102

/s/ Maurice B. VerStandig
Maurice B. VerStandig