**UNITED STATES DISTRICT COURT FOR**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KIM GEORGIA AVE, LLC et. al.,**<br>*Plaintiffs*,<br>v.<br><br>**DP CAPITAL LLC, et. al.**<br>*Defendants.* | Civil Action No. 1:23-cv-01101 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that July Andrea Martinez Martinez, Esq., BAR ID# 90038540 of the law firm of Chap Petersen & Associates, PLC hereby appears in the above- captioned case as counsel of record for Plaintiffs Dr. Eung Kwon Kim and Kim Georgia Ave, LLC.

Respectfully submitted,
DR. EUNG KWON KIM
KIM GEORGIA AVE, LLC.,
By Counsel

By: Andrea M
July Andrea Martinez Martinez, Esq., Bar ID# 90038540
CHAP PETERSEN & ASSOCIATES, PLC
3970 Chain Bridge Road
Fairfax, Virginia 22030
(571) 459-2512 – Telephone
(571) 459-2307 – Facsimile
jam@petersenfirm.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this Monday, November 02, 2026, the foregoing document was filed electronically. Service of this filing will be made on all ECF- registered counsel by operation of the Court's electronic filing system.

Andrea M

July Andrea Martinez Martinez, Esq.